# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT JAMES RAGLAND

NO.  2022 CW 0112

VERSUS

KATHERINE DIAMOND RAGLAND

**FEBRUARY 10, 2022**

---

In Re:   Katherine Diamond Ragland, applying for supervisory writs, Family Court Judicial District Court, Parish of East Baton Rouge, No. 209479.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** The January 18, 2022 Temporary Restraining Order of Protection of which relator seeks review expired by its own terms on February 2, 2022.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT